UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM E. FRY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | No.  2:15-cv-2023-KJN<br><br><br>ORDER |

　　　　On April 15, 2016, plaintiff filed a request to seal the administrative transcript in this social security case.  (ECF No. 18.)

　　　　Although administrative transcripts in social security cases often contain sensitive and personal information, the administrative transcripts are central to dispositive motions filed in the case, and there are no compelling reasons for the court to seal the entire transcript.  See Kamakana v. City and County of Honolulu, 447 F.3d 1172 (9th Cir. 2006).  Furthermore, given the large volume of social security cases filed in this district, neither the Clerk of Court nor the attorneys representing the Commissioner have the resources to redact individual administrative transcripts.  Instead, as a precautionary measure, the court limits access to the administrative transcripts in an attempt to prevent the use of information in the administrative transcripts for improper purposes.

1

1    In light of the above, the court denies plaintiff's request to seal the administrative
2 transcript, but without prejudice.  If plaintiff in good faith believes that he can make a specific
3 showing, beyond general concerns about sensitive and personal information, that compelling
4 reasons exist to seal his particular transcript, he may refile an appropriate motion.
5    Accordingly, IT IS HEREBY ORDERED that plaintiff's request to seal the administrative
6 transcript (ECF No. 18) is DENIED without prejudice.
7 Dated:  May 13, 2016

*Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE